NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY HERNANDEZ,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D16-5522
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____)

Opinion filed September 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa Campbell,
Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.


          Affirmed.


KELLY, SLEET, and MORRIS, JJ., Concur.